[No. 121. *En Banc.* January 3, 1920.]

*In the Matter of the Proceedings for the Disbarment of* A. B. WILTSIE.[1]

ATTORNEY AND CLIENT (7)—DISBARMENT—GROUNDS. An attorney who solicited the employment of claiming exemptions for persons subject to the selective service act and encouraged and assisted in the preparation of false affidavits and filing false claims of exemption is guilty of moral turpitude warranting his disbarment.

Proceedings filed in the supreme court February 25, 1919, for the disbarment of an attorney, upon the findings of the state board of law examiners against the accused. Judgment of disbarment.

*A. B. Wiltsie,* for accused.

*The Attorney General,* and *R. M. Burgunder, Assistant,* for the state.

MACKINTOSH, J.—The state board of law examiners, upon testimony taken in this matter, recommended the disbarment of A. B. Wiltsie for unprofessional conduct in the preparation of questionnaires and claims of exemption under the selective service act. Without reviewing the testimony in detail, it is enough to say that it shows Wiltsie solicited the employment of claiming exemptions for persons subject to the operation of the selective service act, and suggested, encouraged and assisted in the preparation of false affidavits looking to the improper exemption of his clients.

The board also found, as one of the grounds for his disbarment, that the charges made for these services were excessive. We do not feel like depriving a practitioner of his right to continue his profession on à question as debatable as the propriety of the amount of a fee. Such a question is so much a matter of in-

[1]Reported in 186 Pac. 848.

dividual opinion that it should not be the basis for disbarment except in the most aggravated and extreme case. So far as the record discloses, the fees were voluntarily paid, and were it the only charge here that such fees were excessive, the extreme penalty would not be merited.

The charges of solicitation of business, however, and the filing of false claims of exemption are so well proved and so flagrantly unethical, as well as disloyal, as sufficiently to evidence that degree of moral turpitude unfitting the practitioner to continue the practice of law in this state. For that reason, the recommendation of the board is adopted, and an order is hereby made disbarring A. B. Wiltsie from the practice of law in the state of Washington.

All concur.